IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: APPLICATION OF GILEAD PHARMASSET LLC,<br><br>Applicant. | )<br>)<br>) C.A. No. 14-mc-243 (GMS)<br>)<br>)<br>)<br>) |

**ABBVIE'S MOTION TO SEAL ITS RESPONSE TO GILEAD'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

Respondent AbbVie Inc. ("AbbVie") moves for an order permitting the filing of its Response to Gilead's Application For An Order Pursuant To 28 U.S.C. § 1782 To Take Discovery For Use In Foreign Proceedings ("Response") under seal.

The reason for AbbVie's Motion is that its Response contains commercially sensitive and confidential business information and information subject to a contractual obligation of confidentiality.

For this reason, AbbVie respectfully requests that the Court issue an Order permitting the filing of AbbVie's Response under seal.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
Mary B. Graham (#2256)
Derek J. Fahnestock (#4705)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
dfahnestock@mnat.com
  *Attorneys for AbbVie Inc.*

December 22, 2014
8763895